IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN HARRIS,

     Plaintiff,                    No. CIV S-11-1232 GGH P

   vs.

J. ANGONE, et al.,

     Defendants.              ORDER

_____/

     Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983, as well as a request to proceed in forma pauperis. Plaintiff consented to the jurisdiction of the undersigned. Docket # 4, filed on May 20, 2011. By Order, filed July 6, 2011, plaintiff was directed, within twenty-eight days either to show cause why his request to proceed in forma pauperis should not be denied on the ground that he is barred by the three-strikes provision of 28 U.S.C.§ 1915(g), or to pay the $350.00 filing fee in full. Plaintiff was cautioned that should he fail to comply with that order, the instant case would be dismissed. The twenty-eight day period has expired, and plaintiff has not responded to the order in any way, neither by filing briefing in response to the show cause order nor the appropriate filing fee.

////

////

1

1 | Accordingly, IT IS ORDERED that this action is dismissed.

2 | DATED: August 17, 2011

3 | /s/ Gregory G. Hollows
  | UNITED STATES MAGISTRATE JUDGE

5 | GGH:009
  | harr1232.ord2